**Opinion issued November 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00477-CV

———————————

**BETUL ONEY, Appellant**

**V.**

**MUSTAFA ONEY, Appellee**

On Appeal from the 507th District Court
Harris County, Texas
Trial Court Case No. 2022-02021

## MEMORANDUM OPINION

Appellant, Betul Oney, has filed a "Motion to Dismiss Appeal," stating that "she d[oes] not want to pursue her appeal." No other party has filed a notice appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although the motion's certificate of conference reflects that appellant was unable to confer with

appellee, Mustafa Oney, regarding the relief requested in the motion, more than ten days have passed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.